IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

MARLA HARSHBERGER                                                    PLAINTIFF

v.                                          CIVIL ACTION NO.  1:10-CV-00227-GHD

HILL-ROM COMPANY, INC.                                               DEFENDANT

## ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION

On consideration of the file and records in this action, the Court finds that the Report and Recommendation [168] of the United States Magistrate Judge dated April 4, 2013 was on that date duly served upon Plaintiff's counsel and counsel of record for Defendant; that more than fourteen days have elapsed since service of said Report and Recommendation; and that no objection thereto has been filed or served by any party.  The Court is of the opinion that the Report and Recommendation should be approved and adopted as the opinion of the Court.

It is therefore **ORDERED** that:

1) the Report and Recommendation [168] of the United States Magistrate Judge dated April 4, 2013 is hereby approved and adopted as the opinion of the Court;

2) Defendant's motion to enforce the settlement agreement [150] is DENIED;

3) Plaintiff's motion to enforce the settlement agreement [154] is GRANTED;

4) The Clerk of the Court is directed to pay the funds held by the Clerk to the Plaintiff in care of her counsel; and

5) The case is DISMISSED WITH PREJUDICE.

It is SO ORDERED, this, the 26th day of April, 2013.

_____
SENIOR JUDGE